Clandyve SIMON, Appellant,

v.

The STATE of Florida, Appellee.

No. 3D15–2008.

District Court of Appeal of Florida, Third District.

Nov. 2, 2016.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Arlisa Certain, Assistant Attorney General, for appellee.

Before SUAREZ, C.J., and SHEPHERD and SALTER, JJ.

SUAREZ, C.J.

Clandyve Simon appeals the trial court's revocation of his probation and imposition of sentence. We affirm the revocation and the sentence, but remand solely for the purpose of the trial court's entry of a written order. *Hulse v. State*, 170 So.3d 911 (Fla. 3d DCA 2015), and cases cited therein.

Order and sentence affirmed, remanded with directions.